UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH LOUIS CAMMATTE                                              CIVIL ACTION

VERSUS                                                             NO. 10-4039

CORRECT HEALTH                                                     SECTION "I" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Joseph Louis Cammatte, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that defendant's motion, which was converted to a motion for summary judgment, is DISMISSED AS MOOT.

New Orleans, Louisiana, this  14th  day of March, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE